```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARK DANIELS,<br><br>      Plaintiff,<br><br>-against-<br><br>SUSAN MUELLER, et al.,<br><br>      Defendants. | No. 23-CV-5654 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the parties' joint letter requesting a conference to discuss resolution of outstanding scheduling issues and set a trial schedule in the above-captioned action and the cases referenced below. (Dkt. no. 47.) The parties shall appear for a conference on Monday, April 21, 2025 at 12:00 p.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

  The Clerk of the Court shall docket this order in each of the cases listed below and close each of the corresponding docket entries.

1. 23-CV-5654, dkt. no. 47
2. 23-CV-5657, dkt. no. 46
3. 23-CV-5658, dkt. no. 68
4. 23-CV-5660, dkt. no. 52
5. 23-CV-5661, dkt. no. 70
6. 23-CV-5662, dkt. no. 45
7. 23-CV-5663, dkt. no. 46

8. 23-CV-5664, dkt. no. 54

9. 23-CV-5667, dkt. no. 47

10.   23-CV-5668, dkt. no. 46

**SO ORDERED.**

Dated:   April 14, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge