```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARK DANIELS,<br><br>                 Plaintiff,<br><br>-against-<br><br>SUSAN MUELLER, et al.,<br><br>                 Defendants. | No. 23-CV-5654 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference previously scheduled for April 21, 2025 in the above-captioned case and certain related cases will be held on May 15, 2025 at 11:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

    The Clerk of the Court shall docket this order in each of the cases listed below.

1. 23-CV-5654
2. 23-CV-5657
3. 23-CV-5658
4. 23-CV-5660
5. 23-CV-5661
6. 23-CV-5662
7. 23-CV-5663
8. 23-CV-5664
9. 23-CV-5667
10. 23-CV-5668

**SO ORDERED.**

Dated:     April 21, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge