UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK DANIELS,

                    Plaintiff,                    No. 23-CV-5654 (LAP)

-against-                                                ORDER

SUSAN MUELLER, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     As discussed during the conference held on May 15, 2025, the
Court has calendared the following dates for trial in the above-
captioned action and the related actions listed below.

1. July 15, 2025: Daniels v. Lee, 23-cv-5654

2. July 28, 2025: Knight v. Lee, 23-cv-5662

3. September 29, 2025: Stewart v. Lee, 23-cv-5668

4. October 6, 2025: Dickinson v. Acrish, 23-cv-5657

5. October 14, 2025: Mathis v. Lee, 23-cv- 5663

6. December 1, 2025: Hernandez v. Mueller, 23-cv-5661

7. December 8, 2025: Pritchett v. Dinello, 23-cv-5664

8. December 15, 2025: Dockery v. Lee, 23-cv-5658

9. January 5, 2026: Rivera-Cruz v. Mueller, 23-cv-5667

10.     January 12, 2025: Gradia v. Andola, 23-cv-5660

     The parties shall submit a proposed schedule for filing a
joint pretrial order, motions in limine, oppositions to motions in
limine, joint proposed jury instructions, and proposed voir dire

questions in each of the ten above-captioned cases no later than
June 6, 2025.

The Clerk of the Court shall docket this order in each of the
cases listed below.

1. 23-CV-5654

2. 23-CV-5657

3. 23-CV-5658

4. 23-CV-5660

5. 23-CV-5661

6. 23-CV-5662

7. 23-CV-5663

8. 23-CV-5664

9. 23-CV-5667

10.    23-CV-5668

**SO ORDERED.**

Dated:    May 28, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge