# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 27, 2025

**VIA ECF**

Re: <u>Daniels v. Lee</u>, 23-cv-5654

Dear Judge Preska:

    I represent Plaintiff in the above-referenced case. This case was dismissed on June 4, 2025 with leave to reopen if the settlement was not consummated by July 4, 2025. As our client has been traveling, we have not yet been able to receive the executed documents from him, but hope to have them in hand within the next two weeks. In light of the above, I respectfully request an extension of time to submit the settlement papers or move to reopen to July 18, 2025.

    As always, I appreciate the Court's courtesy.

Very truly yours,

**/s/ AJ Agnew**

Amy Jane Agnew, Esq.

```
Plaintiff's request for an extension until
July 18, 2025 to submit the settlement
papers or move to reopen is GRANTED.  The
Clerk of the Court shall close docket number
59.

SO ORDERED.

Dated: June 27, 2025
```

*[Signature]*

LORETTA A. PRESKA, U.S.D.J.

New York Office    (973) 600-1724    aj@ajagnew.com    New Jersey Office
24 Fifth Avenue, Suite 1701    36 Page Hill Road
New York, NY 10011    Far Hills, NJ 07931